In re WEST 160TH STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of the City of New York in re-

lation to West 160th Street. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 133 App. Div. 898, 118 N. Y. Supp. 1149.